## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

TAKEDA PHARMACEUTICALS U.S.A., INC.,

     Plaintiff,

v.

WEST-WARD PHARMACEUTICAL
CORPORATION, HIKMA AMERICAS, INC., and
HIKMA PHARMACEUTICALS PLC,

     Defendants.

Civil Action No. 14-cv-1268

**REDACTED VERSION D.I. 9**

**DECLARATION OF MARY W. BOURKE IN SUPPORT OF
PLAINTIFF TAKEDA PHARMACEUTICALS U.S.A., INC.'S MOTION FOR A
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Mary W. Bourke, do hereby declare:

1.     I am an attorney with the law firm of Womble Carlyle Sandridge & Rice, LLP, counsel for Plaintiff Takeda Pharmaceuticals U.S.A., Inc. in the above-captioned matter.

2.     I submit this Declaration in Support of Plaintiff Takeda Pharmaceuticals U.S.A., Inc.'s ("Takeda") Motion for a Temporary Restraining Order and Preliminary Injunction.

3.     Attached as Exhibit A is a true and correct copy of the NDA approval letter for Mitigare$^{TM}$ (colchicine) capsules, 0.6 mg, for NDA No. 204820, dated September 26, 2014.

4.     Attached as Exhibit B is a true and correct copy of the FDA approved prescribing information for Mitigare$^{TM}$, as posted on the U.S. Food and Drug Administration's ("FDA") website, and as revised in September 2014.

5.     Attached as Exhibit C is a true and correct copy of U.S. Patent Number 7,981,938, entitled COLCHICINE COMPOSITIONS AND METHODS, issued July 19, 2011.

6.     Attached as Exhibit D is a true and correct copy of U.S. Patent Number 8,097,655, entitled METHODS FOR CONCOMITANT ADMINISTRATION OF COLCHICINE AND MACROLIDE ANTIBIOTICS, issued January 17, 2012.

7.      Attached as Exhibit E is a true and correct copy of the FDA approved prescribing information of Colcrys®, as revised in November 2012.

8.      Attached as Exhibit F is a true and correct copy of the Declaration of Michael Raya dated March 2, 2011 and titled Docket No. FDA-2010-P-0614 – Comment to Citizen Petition on Single-Ingredient Colchicine Applications.

9.      Attached as Exhibit G is a true and correct copy of the September 19, 2011 update to Guidance for FDA Staff and Industry Marketed Unapproved Drugs – Compliance Policy Guide, which is an update from the original June 2006 publication.

10.     Attached as Exhibit H is a true and correct copy of the Citizen Petition filed by Mutual Pharmaceutical Company dated November 26, 2010.

11.     Attached as Exhibit I is a true and correct copy of the complaint in *Mutual Pharmaceutical Company, Inc.; AR Scientific, Inc.; and AR Holding Company, Inc. v. West-Ward Pharmaceutical Corporation*, C.A. No. 11-2276 (MLC)(DEA), filed April 21, 2011 in the United States District Court for the District of New Jersey.

12.     Attached as Exhibit J is a true and correct copy of the FDA response to Mutual Pharmaceutical Company's Citizen Petition, dated May 25, 2011.

13.     Attached as Exhibit K is a true and correct copy of a press release from Hikma Pharmaceuticals PLC regarding sales of colchicine in the United States and the litigation between Hikma and Mutual, dated October 18, 2010.

14.     Attached as Exhibit L is a true and correct copy of the Notice of Dismissal Without Prejudice filed in *Mutual Pharmaceutical Company, Inc.; AR Scientific, Inc.; and AR Holding Company, Inc. v. West-Ward Pharmaceutical Corporation*, C.A. No. 11-2276 (MLC)(DEA), on May 26, 2011 in the United States District Court for the District of New Jersey.

15.     Attached as Exhibit M is a true and correct copy of a chart prepared by counsel for Takeda showing the elements of representative claims 3 and 5 of U.S. Patent Number 8,097,655.

16.     Attached as Exhibit N is a true and correct copy of an FDA alert entitled "Information for Healthcare Professionals: New Safety Information for Colchicine (marketed as Colcrys)", first published on July 30, 2009, as accessed at the FDA's website (http://www.fda.gov) on October 5, 2014.

17.     Attached as Exhibit O is a true and correct copy of a chart prepared by counsel for Takeda showing the elements of representative claims 5 and 6 of U.S. Patent Number 7,964,648.

18.     Attached as Exhibit P is a true and correct copy of a chart prepared by counsel for Takeda showing the elements of representative claims 1 and 2 of U.S. Patent Number 8,440,722.

19.     Attached as Exhibit Q is a true and correct copy of U.S. Patent Number 7,964,648, entitled METHODS FOR CONCOMITANT ADMINISTRATION OF COLCHICINE AND A SECOND ACTIVE AGENT, issued on June 21, 2011.

20.     Attached as Exhibit R is a true and correct copy of the FDA approved prescribing information for CALAN® verapamil hydrochloride tablets, as available from the FDA.

21.     Attached as Exhibit S is a true and correct copy of a chart prepared by counsel for Takeda showing the elements of representative claim 1 of U.S. Patent Number 7,981,938 and representative claim 1 of U.S. Patent Number 7,964,647.

22.     Attached as Exhibit T is a true and correct copy of the 2012 American College of Rheumatology Guideline for Management of Gout. Part 2: Therapy and Antiinflammatory Prophylaxis of Acute Gouty Arthritis, as published in 64 ARTHRITIS CARE & RESEARCH No. 10, pp. 1447-1461 (October 2012).

23.     Attached as Exhibit U is a true and correct copy of U.S. Patent Number 8,440,722, entitled METHODS FOR CONCOMITANT ADMINISTRATION OF COLCHICINE AND A SECOND ACTIVE AGENT, issued on May 14, 2013.

24.     Attached as Exhibit V is a true and correct copy of U.S. Patent Number 7,964,647, entitled COLCHICINE COMPOSITIONS AND METHODS, issued June 21, 2011.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

This Declaration is executed this 6th day of October 2014.

/s/ Mary W. Bourke
Mary W. Bourke (#2356)