# PROCTOR HEYMAN LLP

### PRACTICING THE ART OF LAW

300 DELAWARE AVENUE • SUITE 200 • WILMINGTON, DELAWARE 19801
TEL: 302.472.7300 • FAX: 302.472.7320 • WWW.PROCTORHEYMAN.COM

Direct Dial: (302) 472-7311
Email: dgattuso@proctorheyman.com

January 12, 2015

**VIA E-FILING**

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street, Room 4209
Unit 18
Wilmington, DE 19801-3569

    RE:    *Takeda Pharmaceuticals U.S.A., Inc. v. West-Ward Pharmaceutical Corp., et al.*,
             C.A. No. 14-1268 (SLR)

Dear Judge Robinson:

    I write on behalf of the parties in the above-referenced action to advise the Court that plaintiff Takeda Pharmaceuticals U.S.A., Inc.'s ("Takeda") has agreed that defendants West-Ward Pharmaceutical Corp., Hikma Americas, Inc. and Hikma Pharmaceuticals, Inc. (collectively, "West-Ward") may sell the two batches referenced in West-Ward's Renewed Email Request for Emergency Relief. The Parties will address the value of these lots and/or their effect on the recovery amount under the posted bond in future proceedings (if any) related to issues of damages after the case has been remanded to this Court by the Federal Circuit. Accordingly, West-Ward's Renewed Email Request for Emergency Relief is moot.

    Counsel for Takeda and West-Ward are available at the convenience of the Court should Your Honor have further questions.

Respectfully,

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
PROCTOR HEYMAN LLP
300 Delaware Avenue
Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@proctorheyman.com
*Attorneys for Defendants*

cc: Counsel of Record (by CM/ECF and E-mail)