# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICALS U.S.A., INC.,<br><br>  Plaintiff,<br><br>v.<br><br>WEST-WARD PHARMACEUTICAL CORPORATION, HIKMA AMERICAS INC., and HIKMA PHARMACEUTICALS PLC,<br><br>  Defendants. | Civil Action No. 14-cv-1268-SLR |

## PLAINTIFF TAKEDA PHARMACEUTICALS U.S.A., INC.'S MOTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 59(E) AND 15(A) FOR A MODIFICATION OF THE JUDGMENT OF DISMISSAL AND FOR LEAVE TO AMEND ITS COMPLAINT

Plaintiff Takeda Pharmaceuticals U.S.A., Inc. ("Takeda") respectfully moves the Court under Federal Rules of Civil Procedure 59(e) and 15(a) and District of Delaware Local Rule 15.1 to alter or amend the Court's May 19, 2016 judgment dismissing Takeda's First Amended Complaint and for leave to amend its Complaint.

Pursuant to District of Delaware Local Rule 15.1, Takeda's Proposed Second Amended Complaint is attached as Exhibit A. A redline copy of the Proposed Second Amended Complaint showing the changes from Takeda's First Amended Complaint (D.I. 109) filed on September 10, 2015, is attached as Exhibit B. A proposed form of Order granting this motion is also being submitted concurrently herewith.

The complete grounds for this motion are set forth in Takeda's Opening Brief, submitted herewith. Takeda also relies for this motion on all pleadings and papers of record and on file in this case and such other evidence and argument as may be presented to the Court before or at the time of any hearing on this motion.

WHEREFORE, Takeda respectfully requests that this motion be granted.

| | |
|---|---|
| Date: June 3, 2016 | **WOMBLE CARLYLE SANDRIDGE & RICE, LLP** |
| OF COUNSEL: | */s/ Mary W. Bourke* |
| | Mary W. Bourke (#2356) |
| Tryn T. Stimart | Daniel M. Attaway (#5130) |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | 222 Delaware Avenue, Suite 1501 |
| 8065 Leesburg Pike, 4th Floor | Wilmington, DE 19899 |
| Tysons Corner, VA 22182-2738 | Telephone: (302) 252-4320 |
| tstimart@wcsr.om | mbourke@wcsr.com |
| | dattaway@wcsr.com |
| Jeffrey I. Weinberger | |
| Ted G. Dane | *Attorneys for Takeda Pharmaceuticals U.S.A., Inc.* |
| Heather E. Takahashi | |
| Elizabeth A. Laughton | |
| Hannah Dubina | |
| MUNGER, TOLLES & OLSON LLP | |
| 355 South Grand Avenue | |
| Thirty-Fifth Floor | |
| Los Angeles, California 90071-1560 | |
| jeffrey.weinberger@mto.com | |
| ted.dane@mto.com | |
| heather.takahashi@mto.com | |
| elizabeth.laughton@mto.com | |
| hannah.dubina@mto.com | |

Eric K. Chiu
Amy L. Greywitt
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, California 94105-2907
eric.chiu@mto.com
amy.greywitt@mto.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 3, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

      Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on June 3, 2016 upon the following individuals via electronic mail:

Dominick T. Gattuso
PROCTOR HEYMAN LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
dgattuso@proctorheyman.com

Samuel S. Park
Sharick Naqi
Lesley M. Hamming
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
(312) 558-5600
spark@winston.com
snaqi@winston.com
lhamming@winston.com

Charles B. Klein
Steffen N. Johnson
Andrew C. Nichols
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006
(202) 282-5000
cklein@winston.com
sjohnson@winston.com
anichols@winston.com

John T. Bennett
Elaine H. Blais
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-8712
jbennett@goodwinprocter.com
eblais@goodwinprocter.com

William G. James
William M. Jay
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4046
wjames@goodwinprocter.com
wjay@goodwinprocter.com

Elizabeth J. Holland
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 459-7230
eholland@goodwinprocter.com

                                                  */s/ Mary W. Bourke*
                                                  Mary W. Bourke (#2356)