**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TAKEDA PHARMACEUTICALS U.S.A., INC. <br><br> Plaintiff, <br><br> v. <br><br> WEST-WARD PHARMACEUTICAL CORPORATION, HIKMA AMERICAS INC. and HIKMA PHARMACEUTICALS PLC., <br><br> Defendants. | C.A. No. 14-1268-RGA |

**INTERVENOR PAR PHARMACEUTICAL, INC.'S UNOPPOSED**
**MOTION TO WITHDRAW**

Intervenor Par Pharmaceutical, Inc. ("Par"), through its undersigned counsel, hereby moves to withdraw its appearance in this action. Plaintiff and Defendants have confirmed that they do not oppose this motion. In support of this motion, Par states as follows:

On December 5, 2017, the Court granted a Stipulation and Order permitting Par to intervene in this action pursuant to Fed. R. Civ. P. 24(a)(2) and (b) for the limited purpose of seeking a protective order barring Plaintiff from seeking production of a settlement agreement at issue (the "Settlement Agreement") and/or opposing any motion Plaintiff may bring to compel production of the Settlement Agreement. (D.I. 274). On December 6, 2017, Par's motion for admission *pro hac vice* of Richard J. Berman, Janine A. Carlan and Bradford Frese was granted. On January 16, 2018, the Court set a teleconference for January 22, 2018 to resolve a discovery dispute over the production of the Settlement Agreement and Plaintiff filed a letter in support of its position that same day. On January 17, 2018, the Court cancelled the discovery dispute teleconference, having been notified by counsel that the discovery dispute was resolved.

No dispute regarding the production of the Settlement Agreement remains and thus, there remains no limited purpose for intervention by Par in this action. As a result, Par respectfully

requests that its appearance be withdrawn from this action, along with the appearance of its attorneys from Richards, Layton & Finger, P.A. and Arent Fox LLP.

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
Katharine L. Mowery (#5629)
RICHARDS, LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651–7700
fineman@rlf.com
mowery@rlf.com

OF COUNSEL:

Richard J. Berman
Janine A. Carlan
Bradford Frese
ARENT FOX LLP
1717 K Street, NW
Washington, DC 20036
(202) 857-6000
richard.berman@arentfox.com
janine.carlan@arentfox.com
bradford.frese@arentfox.com

*Attorneys for Intervenor Par Pharmaceutical, Inc.*

Dated: May 2, 2018