# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICALS U.S.A., INC.<br><br>Plaintiff,<br><br>v.<br><br>WEST-WARD PHARMACEUTICAL CORPORATION, HIKMA AMERICAS INC. and HIKMA PHARMACEUTICALS PLC.,<br><br>Defendants. | C.A. No. 14-1268-RGA |

## ORDER

IT IS HEREBY ORDERED on this ___2___ day of __May__, 2018, that the appearances of Intervenor Par Pharmaceutical, Inc. and its counsel from Richards, Layton & Finger, P.A. and Arent Fox, are hereby withdrawn from this action.

_____
The Honorable Richard G. Andrews
United States District Court Judge